1  CANELO, WILSON, WALLACE & PADRON
   KENNETH R. MACKIE, Cal. Bar No. 248473
2  kennethrmackie@hotmail.com
   Post Office Box 2165
3  Merced, California 95344-0165
   Telephone: (209) 383-0720
4  Facsimile:  (209) 383-4213

5  Attorneys for Plaintiff, SYLVIA ESCAMILLA

6  JACKSON LEWIS LLP
   JAMES T. JONES, Cal. Bar No. 167967
7  jonesj@jacksonlewis.com
   RANDALL J. HAKES, Cal. Bar No. 233548
8  hakesr@jacksonlewis.com
   801 "K" Street, Suite 2300
9  Sacramento, California 95814
   Telephone: (916) 341-0404
10 Facsimile:  (916) 341-0141

11 Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SYLVIA ESCAMILLA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br>and DOE 1 through DOE 100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No: 1:11-CV-00570-LJO-MJS<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br>Complaint Filed:　August 25, 2010<br>Trial Date:　　　　August 20, 2012 |

///

///

///

///

///

///

CANELO, WILSON,
WALLACE & PADRON
548 W. 21st Street
P.O. Box 2165
Merced, CA  95344
(209) 383-0720

STIPULATION FOR DISMISSAL AND
[PROPOSED] ORDER

*Escamilla v. Target Corporation*
USDC - EDC Case No. 1:11-CV-00570-LJO-MJS

1

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

  Plaintiff SYLVIA ESCAMILLA and defendant TARGET CORPORATION, by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorneys' fees or costs to any party.

Dated: March __, 2012

Respectfully submitted,

CANELO, WILSON, WALLACE & PADRON

By: _____
Kenneth R. Mackie

Attorneys for Plaintiff,
SYLVIA ESCAMILLA

Dated: March __, 2012

JACKSON LEWIS LLP

By: _____
James T. Jones
Randall J. Hakes

Attorneys for Defendant
TARGET CORPORATION

## **ORDER**

  Based on the foregoing stipulation,

  IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.  The clerk is directed to close this action.

  IT IS SO ORDERED.

**Dated:   March 29, 2012**          /s/ Lawrence J. O'Neill
               UNITED STATES DISTRICT JUDGE

CANELO, WILSON,
WALLACE & PADRON
548 W. 21st Street
P.O. Box 2165
Merced, CA 95344
(209) 383-0720

STIPULATION FOR DISMISSAL AND
[PROPOSED] ORDER

*Escamilla v. Target Corporation*
USDC - EDC Case No. 1:11-CV-00570-LJO-MJS

2