CANELO, WILSON, WALLACE & PADRON
KENNETH R. MACKIE, Cal. Bar No. 248473
kennethrmackie@hotmail.com
Post Office Box 2165
Merced, California 95344-0165
Telephone: (209) 383-0720
Facsimile:  (209) 383-4213

Attorneys for Plaintiff, SYLVIA ESCAMILLA

JACKSON LEWIS LLP
JAMES T. JONES, Cal. Bar No. 167967
jonesj@jacksonlewis.com
RANDALL J. HAKES, Cal. Bar No. 233548
hakesr@jacksonlewis.com
801 "K" Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile:  (916) 341-0141

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SYLVIA ESCAMILLA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br>and DOE 1 through DOE 100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No: 1:11-CV-00570-LJO-MJS<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br><br>Complaint Filed:　August 25, 2010<br>Trial Date:　　　　August 20, 2012 |

///

///

///

///

///

///

CANELO, WILSON, WALLACE & PADRON
548 W. 21st Street
P.O. Box 2165
Merced, CA  95344
(209) 383-0720

STIPULATION FOR DISMISSAL AND
[PROPOSED] ORDER

*Escamilla v. Target Corporation*
USDC - EDC Case No. 1:11-CV-00570-LJO-MJS

1

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff SYLVIA ESCAMILLA and defendant TARGET CORPORATION, by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorneys' fees or costs to any party.

Dated: March ___, 2012

Respectfully submitted,

CANELO, WILSON, WALLACE & PADRON

By: _____
Kenneth R. Mackie

Attorneys for Plaintiff,
SYLVIA ESCAMILLA

Dated: March ___, 2012

JACKSON LEWIS LLP

By: _____
James T. Jones
Randall J. Hakes

Attorneys for Defendant
TARGET CORPORATION

## ORDER

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   March 29, 2012**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

CANELO, WILSON,
WALLACE & PADRON
548 W. 21st Street
P.O. Box 2165
Merced, CA 95344
(209) 383-0720

STIPULATION FOR DISMISSAL AND
[PROPOSED] ORDER

*Escamilla v. Target Corporation*
USDC - EDC Case No. 1:11-CV-00570-LJO-MJS

2